1  MONTI JORDANA LEVY, ESQUIRE
   Nevada Bar No. 8158
2  WRIGHT MARSH & LEVY
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  (702) 382-4004
   (702) 382-4800 (Fax)
5  mlevy@wmllawlv.com
   Attorneys for Defendant Barrera-Cortez
6

7                    UNITED STATES DISTRICT COURT
8                         DISTRICT OF NEVADA
9

10 UNITED STATES OF AMERICA,         )
11         Plaintiff,                )   CASE NO. 2:24-CR-00223-APG-EJY
                                     )
12         vs.                       )
                                     )   STIPULATION TO CONTINUE
13                                   )   SENTENCING HEARING
   JUAN CARLOS BARRERA-CORTEZ,      )
14 aka "Rafael,"                     )   (FIRST REQUEST)
                                     )
15         Defendant,                )
                                     )
16

17         IT IS HEREBY STIPULATED and AGREED by and between the United States of America,

18 by and through SIGAL CHATTAH, Acting United States Attorney, and JOSHUA BRISTER,

19 Assistant United States Attorney, and Defendant JUAN CARLOS BARRERA-CORTEZ, by and

20 through his counsel, MONTI JORDANA LEVY, ESQUIRE, Wright Marsh & Levy, that the

21 sentencing hearing currently scheduled for September 30, 2025, at 10:30 a.m. be vacated and set to

22 a date and time convenient to this Court, but no sooner than 90 days from the current sentencing

23 date.

24         This stipulation is entered into for the following reasons:

25         1.      The parties need additional time to prepare for Defendant Barrera-Cortez's sentencing

26 hearing.

27         2.      The parties agree to the continuance. Defendant Barrera-Cortez is in custody and

28 agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing hearing.

Dated this 15th day of September, 2025.

| WRIGHT MARSH & LEVY | SIGAL CHATTAH |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY /s/ Monti Jordana Levy | BY /s/ Joshua Brister |
| MONTI JORDANA LEVY, ESQUIRE | JOSHUA BRISTER |
| Attorney for Defendant | Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUAN CARLOS BARRERA-CORTEZ,<br>aka "Rafael,"<br><br>    Defendant, | CASE NO. 2:24-CR-00223-APG-EJY<br><br>**ORDER** |

Pursuant to the Stipulation of the Parties and for good cause appearing the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for September 30, 2025, at 10:30 a.m., be vacated and continued to <u>January 7, 2026</u> at <u>9:30 a.m.</u> in Las Vegas Courtroom 6C before Chief Judge Andrew P. Gordon.

Dated: September 17, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE