LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS BARRERA-CORTEZ,<br><br>Defendant. | CASE NO.: 2:24-CR-00223-APG-EJY<br><br>**Stipulation to Continue Sentencing (Third Request)** |

It is hereby stipulated and agreed, by and between Joshua Brister, Assistant United States Attorney and Ivette Amelburu Maningo, Esq., counsel for Defendant, JUAN CARLOS BARRERA-CORTEZ, that the Defendant's Sentencing, in the above-captioned matter, scheduled for March 18, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days from the date currently scheduled for sentencing.

The Stipulation is entered into for the following reasons:

1. The undersigned was recently appointed to this case on March 9, 2026 (Doc. 89) and needs time to obtain and review the case file, confer with all parties, and meet with the client to discuss the case and prepare for sentencing.

2. The parties stipulate to and are therefore requesting an extension of forty-five (45) days.

2. All parties agree to the extension.

3.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public.

4.      This is the third stipulation requested to continue sentencing but the first request since the appointment of the undersigned defense counsel.

DATED this 18th day of March, 2026.

/s/ Ivette Amelburu Maningo
IVETTE AMELBURU MANINGO, ESQ.
Counsel for Defendant Barrera-Cortez


/s/Joshua Brister
JOSHUA BRISTER
Assistant United States Attorney
Counsel for the United States

2

LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN CARLOS BARRERA-CORTEZ, <br><br> Defendant. | CASE NO.: 2:24-CR-00223-APG-EJY <br><br> **Findings and Order** |

Based on the pending Stipulation between the Defense and the Government, and good cause appearing therefore, the Court hereby finds that:

1.    The parties stipulate to and request an extension of the Defendant's Sentencing.

2.    All parties agree to the extension.

3.    The extension of the Sentencing date is not sought for the purposes of delay, but to allow the parties to prepare for sentencing with newly appointed defense counsel.

4.    Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public.

///

///

///

3

5.    This is the third stipulation to continue sentencing filed herein but the first requested by newly appointed defense counsel.

THEREFORE, IT IS HEREBY ORDERED THAT THE DEFENDANT'S SENTENCING DATE, CURRENTLY SCHEDULED FOR MARCH 18, 2026, be vacated and continued to May 13, 2026, at 1:30 p.m. in Las Vegas Courtroom 6C.

DATED this 18th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4