LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JUAN CARLOS BARRERA-CORTEZ,<br><br>Defendant. | CASE NO.: 2:24-CR-00223-APG-EJY<br><br>**Stipulation to Continue Sentencing (Sixth Request)** |

It is hereby stipulated and agreed, by and between Joshua Brister, Assistant United States Attorney and Ivette Amelburu Maningo, Esq., counsel for Defendant, JUAN CARLOS BARRERA-CORTEZ, that the Defendant's Sentencing, in the above-captioned matter, now scheduled for September 30, 2026 at 10:30 a.m., be vacated and scheduled for October 7, 2026 at 1:30 p.m.

The Stipulation is entered into for the following reasons:

1. The sentencing in this case was last scheduled to proceed on September 30, 2026 at 10:30 a.m. but due to defense counsel illness, an additional week than anticipated is needed to meet with the client and to complete the defendant's sentencing memorandum in order to be prepared for sentencing. Therefore it is requested that the sentencing date be continued for one (1) week.

2. Due to defense counsel's unanticipated illness and the additional week needed to be prepared for sentencing, the parties stipulate to and are therefore requesting a one-week continuance of the sentencing hearing to October 7, 2026 at 1:30 p.m.

3. All parties agree to the extension.

4. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public.

5. This is the sixth stipulation filed requested to continue sentencing but the fourth request since the appointment of the undersigned defense counsel on March 9, 2026 [ECF 89].

DATED this 25th day of September, 2026.

*/s/ Ivette Amelburu Maningo*
IVETTE AMELBURU MANINGO, ESQ.
*Counsel for Defendant Barrera-Cortez*

*/s/Joshua Brister*
JOSHUA BRISTER
Assistant United States Attorney
*Counsel for the United States*

LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUAN CARLOS BARRERA-CORTEZ,<br>Defendant. | CASE NO.: 2:24-CR-00223-APG-EJY<br><br>**Findings and Order** |

Based on the pending Stipulation between the Defense and the Government, and good cause appearing therefore, the Court hereby finds that:

1. The parties stipulate to and request an extension of the Defendant's Sentencing.

2. All parties agree to the extension.

3. The extension of the Sentencing date is not sought for the purposes of delay, but to allow the defense an additional week to prepare for sentencing.

4. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public.

///

///

///

5. This is the sixth stipulation to continue sentencing filed herein but the forth requested by the undersigned defense counsel.

THEREFORE, IT IS HEREBY ORDERED THAT the Defendant's sentencing date, currently scheduled for September 30, 2026 at 10:30 a.m., be vacated and continued to the 7th day of October, 2026 at the hour of 1:30 p.m.

DATED this 28th day of September, 2026.

HONORABLE ANDREW P. GORDON
UNITED STATES CHIEF JUDGE